IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Garrett, JoAnn | Case Number: 05 B 43180 |
| | Judge: Hollis, Pamela S |
| Printed: 10/7/08 | Filed: 10/3/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 5, 2008
Confirmed: November 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,948.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 2,489.64 |
| Priority: | | 0.00 |
| Administrative: | | 2,194.00 |
| Trustee Fee: | | 263.05 |
| Other Funds: | | 1.31 |
| Totals: | 4,948.00 | 4,948.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 2,194.00 | 2,194.00 |
| 2. | Peoples Energy Corp | Unsecured | 53.54 | 76.48 |
| 3. | Loan Express Company | Unsecured | 227.85 | 325.50 |
| 4. | AmeriCash Loans, LLC | Unsecured | 234.96 | 335.66 |
| 5. | ECast Settlement Corp | Unsecured | 577.67 | 825.24 |
| 6. | AmeriCash Loans, LLC | Unsecured | 531.40 | 759.14 |
| 7. | America's Financial Choice Inc | Unsecured | 117.33 | 167.62 |
| 8. | Schottler & Zukosky | Priority | | No Claim Filed |
| 9. | MCI | Unsecured | | No Claim Filed |
| 10. | Pay Day Loans | Unsecured | | No Claim Filed |
| 11. | Pay Day Loans | Unsecured | | No Claim Filed |
| 12. | Allied Interstate | Unsecured | | No Claim Filed |
| 13. | Collection Company Of America | Unsecured | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | Richard R Dellacroce | Unsecured | | No Claim Filed |
| 17. | Pay Day Loans | Unsecured | | No Claim Filed |
| 18. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 19. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 20. | Talk America | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 3,936.75 | $ 4,683.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 52.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Garrett, JoAnn

Printed: 10/7/08

Case Number: 05 B 43180
Judge: Hollis, Pamela S
Filed: 10/3/05

|       |        |
|-------|--------|
| 5%    | 15.79  |
| 4.8%  | 30.25  |
| 5.4%  | 164.63 |
|       | _____ |
|       | $ 263.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

